MARGARETHA KASSEBAUM, *Respondent, v.* HEINRICH KASSEBAUM, *Appellant.* — Order affirmed, with ten dollars costs and disbursements.

MARIE DOLD, *Respondent, v.* GEORGE A. HAGGERTY and others, *Appellants.* — SAME *v.* SAME. Order modified so as to direct a rehearing before another referee, without costs. ' Opinion by DANIELS, J.

GILBERT M. SPEIR, Jr., *Respondent, v.* CHARLES W. LORD, *Appellant.* — Order affirmed, with ten dollars costs and disbursements. Opinion by DANIELS, J.

JOSEPH WANGLER, *Respondent, v.* FRANCIS SWIFT, *Appellant.* — Judgment and order affirmed.

REVERE COPPER COMPANY, *Respondent, v.* ANTHONY W. DIMOCK, *Appellant.* — Judgment reversed, new trial granted, costs to appellant to abide event. Opinion *Per Curiam.*

THE PEOPLE OF THE STATE OF NEW YORK *ex rel.,* JOHN FLANAGAN, *v.* THE BOARD OF POLICE COMMISSIONERS OF THE POLICE DEPARTMENT OF THE CITY OF NEW YORK. — Proceeding affirmed and writ quashed, with costs.

THE PEOPLE OF THE STATE OF NEW YORK *ex rel.* JOHN CONSTANT *v.* THE BOARD OF POLICE COMMISSIONERS OF THE POLICE DEPARTMENT OF THE CITY OF NEW YORK. — Order reversed on the terms stipulated in the opinion, without costs. Opinion *Per Curiam.*

IN THE MATTER OF FERDINAND S. HAHN. — Order affirmed, with ten dollars costs and disbursements. Opinion by BRADY, J.

SYDNEY H. CARNEY, *as Administrator, etc., Appellant, v.* ISAAC BERNHEIMER, *Respondent.* — Order affirmed, with ten dollars costs and disbursements. Opinion by DANIELS, J.

N. SHERMAN READ, *Plaintiff in Error, v.* THE PEOPLE OF THE STATE OF NEW YORK, *Defendant in Error.* — Judgment affirmed.

HARRIET E. BUTLER *v.* GEORGE V. HOUSE and others. — Order affirmed, with ten dollars costs and disbursements.

JAMES F. RODGERS, *Plaintiff in Error, v.* THE PEOPLE OF THE STATE OF NEW YORK, *Defendant in Error.* — Judgment affirmed.